```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 29514
    PATRICK L PENDER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2997

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/09/2004 and was confirmed 10/07/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 12/06/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
TRIAD FINANCIAL            SECURED         11500.00        1517.28        6597.88
TRIAD FINANCIAL            UNSECURED        1707.82            .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OD REVENUE   UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED        1030.00           .00            .00
US DEPT OF EDUCATION       UNSECURED       24713.64           .00            .00
GOLD STAR                  UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPARTMENT OF E   UNSECURED       NOT FILED          .00            .00
IL DEPT OF EMPLOYMENT      NOTICE ONLY     NOT FILED          .00            .00
LONGWOOD DENTAL CENTER     UNSECURED       NOT FILED          .00            .00
NATIONAL LOUIS UNIVERSIT   UNSECURED        5232.00           .00            .00
NATIONAL LEWIS UNIVERSIT   NOTICE ONLY     NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED         415.50           .00            .00
TCF NATIONAL BANK          UNSECURED       NOT FILED          .00            .00
XPRESS CASH                UNSECURED       NOT FILED          .00            .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT    194.00            .00         194.00
INAJIN ENTERPRISES         UNSECURED       NOT FILED          .00            .00
B-LINE LLC                 UNSECURED         702.84           .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,200.00                      2,200.00
TOM VAUGHN                 TRUSTEE                                         569.84
DEBTOR REFUND              REFUND                                             .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              11,079.00

PRIORITY                                   194.00
SECURED                                  6,597.88
    INTEREST                             1,517.28
UNSECURED                                     .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 29514 PATRICK L PENDER
```

```
ADMINISTRATIVE                                             2,200.00
TRUSTEE COMPENSATION                                         569.84
DEBTOR REFUND                                                   .00
                                    ---------------   ---------------
TOTALS                                    11,079.00         11,079.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 04 B 29514 PATRICK L PENDER